UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT STERN,<br><br>                     Plaintiff,<br><br>v.<br><br>RMG SUNSET, INC., et al.,<br><br>                     Defendants. | Case No.: 17-CV-1646 JLS (NLS)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS** |

      On October 23, 2020, Plaintiff Scott Stern responded to this Court's Order to Show Cause (ECF No. 23) and moved this Court to dismiss the matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(2) ("Mot.," ECF No. 24).  On October 18, 2019, the Parties stated in a Joint Motion that they had reached a stipulation to dismiss this case in its entirety, with prejudice, and would soon file a written stipulation for dismissal under Rule 41(a).  ECF No. 22.  In the present Motion, Plaintiff states that "defense counsel no longer represents Defendants with respect to this matter" and "[t]he parties were unable to engage directly and agree on and submit a formal joint motion to dismiss." Mot. at 1.

      Federal Rule of Civil Procedure 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).  However, "[i]f a defendant has pleaded a counterclaim before being

served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication." Fed. R. Civ. P. 41(a)(2). "A district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result." *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001) (citing *Waller v. Fin. Corp. of Am.*, 828 F.2d 579, 583 (9th Cir. 1987); *Hamilton v. Firestone Tire & Rubber Co.*, 679 F.2d 143, 145–46 (9th Cir. 1982)). The decision to grant or deny a motion to dismiss pursuant to Rule 41(a)(2) is within the sound discretion of the district court. *Sams v. Beech Aircraft Corp.*, 625 F.2d 273, 277 (9th Cir. 1980).

Plaintiff states his claims were adjudicated and resolved as part of a related and certified class action in the Los Angeles County Superior Court. *See South v. Cabo Cantina, LLC*, Los Angeles Superior Court, Case No. BC652906. Defendants have not pleaded a counterclaim in the present action. *See generally* Answers, ECF Nos. 2, 3. Furthermore, Defendants have not opposed Plaintiff's Motion or otherwise appeared in the action since the Joint Status Report on October 18, 2019.

Good cause appearing, the Court **GRANTS** Plaintiff's Motion. The Court **DISMISSES WITH PREJUDICE** the action in its entirety, with each Party to bear its own costs and attorney's fees. The Clerk of Court will close the file.

**IT IS SO ORDERED.**

Dated: October 27, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge